

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00285-CR

Jason Clay **DOTSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10439
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw as Counsel is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court